

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re John Doggett, M.D., Independent
Executor of the Estate of Jerry Lloyd
Doggett

No. 06-19-00081-CV

Original Mandamus Proceeding

Memorandum Opinion delivered by Chief
Justice Morriss, Justice Burgess and Justice
Stevens participating.

As stated in the Court's opinion of this date, we find that the petition for writ of mandamus should be dismissed for want of jurisdiction. Therefore, we dismiss the petition.

RENDERED AUGUST 30, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk